IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CODY FLESCH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KIMBERLY MALCOMB, TRAVIS JONES, and RAY HUNT,<br><br>　　　　Defendants. | CV-24-29-H-DWM<br><br>ORDER |

On December 18, 2024, Plaintiff Cody Flesch moved to dismiss this matter with prejudice. (Doc. 14.) Accordingly, IT IS HEREBY ORDERED that the motion is GRANTED. This matter is dismissed with prejudice. The Clerk of Court is directed to close the matter and enter judgment pursuant to Fed. R. Civ. P. 58.

DATED this 6th day of January, 2025.

Donald W. Molloy, District Judge
United States District Court

1